**Michael Dunham MURPHY, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**No. WD 67608.**

Missouri Court of Appeals,
Western District.

Oct. 9, 2007.

Application for Transfer to Supreme Court Denied Nov. 20, 2007.

Michael J. Spillane, Esq., Jefferson City, MO, for respondent.

Jason R. Henry, Esq., Poplar Bluff, MO, for appellant.

Before LOWENSTEIN, P.J., SMART and HARDWICK, JJ.

*ORDER*

PER CURIAM.

Michael Murphy appeals the grant of summary judgment in favor of the Missouri Board of Probation and Parole on his petition for declaratory judgment, or, alternately, a writ of mandamus or habeas corpus. Having carefully considered Murphy's claims on appeal, this court concludes that the grant of summary judgment was proper. A published formal opinion would have no precedential value. Judgment affirmed. Rule 84.16(b).